IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| V.V.L.S. PHARMACY, INC., d/b/a | : | |
| BANK'S APOTHECARY | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 15-5234 |
| v. | : | |
| | : | |
| CATAMARAN CORPORATION, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this ___30th___ day of September, 2015, it is **ORDERED** that Plaintiff's request for a temporary restraining order is **DENIED**. It is further **ORDERED** that:

- On or before **October 12, 2015**, if Plaintiff wishes to seek injunctive relief,[1] it must file a motion and brief in support of such relief;

- On or before **October 19, 2015**, Defendant may respond to any such motion and file a response brief;

- If Plaintiff moves for injunctive relief, the parties must complete all discovery pertinent to injunctive relief on or before **November 9, 2015**;

- If Plaintiff moves for injunctive relief, a pre-trial conference will be held in chambers on **November 24, 2015 at 10:00 a.m.**;

- If Plaintiff moves for injunctive relief, a trial on the motion will be held **on December 2, 2015 at 10:00 a.m.** in Courtroom 7B, 601 Market Street, Philadelphia, Pennsylvania, 19106.

---

[1] As agreed on the record at a hearing on September 29, 2015, any injunction hearing will be for a permanent injunction.

          s/Anita B. Brody

          _____
          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: